JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESUS LERMA-JARAS,<br><br>         Petitioner,<br><br>         v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>         Respondent. | Case No. 2:23-cv-09427-ODW-JDE<br><br>JUDGMENT |

Pursuant to the Court's Order,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition (Dkt. 1) is GRANTED in part as follows: Respondent is ordered to apply all of Petitioner's earned time credits under the First Step Act and provide Petitioner early release earned effective September 27, 2023, subject to any immigration hold, detainer, or warrant effective as of the date of this Judgment. The Petition is DENIED in all other respects without prejudice to Petitioner asserting any other claim in other proper forum and/or by a proper mechanism.

Dated: December 18, 2023

                                                OTIS D. WRIGHT, II
                                                United States District Judge